**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 2, 2015

Hon. Brian M. Chandler
Ramey, Chandler, Quinn & Zito, P. C.
750 Bering Drive
Suite 600
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Hon. David R. Stephens
Lindow Stephens Treat LLP
700 N. St. Mary's St., Ste. 1700
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. J. Steve Mostyn
The Mostyn Law Firm
3810 West Alabama
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00651-CV
Tr.Ct.No.  MDL-14-0169
Style:    In Re State Farm Lloyds

Real party in interest's 3rd motion for extension of time to file reply brief was this day GRANTED by this Court.  The time has been extended to Monday, February 09, 2015.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch